12/14/2006 15:20 FAX 2025146770  TAX/CENTRAL  ☒002/003
Case 1:06-cv-01368-AWI-MJS  Document 17  Filed 01/05/07  Page 1 of 3
Case 1:06-cv-01368-OWW-TAG  Document 15  Filed 12/14/2006  Page 1 of 2

Jerry D. Casheros, # 203897
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendant
LOWELL BAISDEN

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOWELL BAISDEN,

    Defendant.

Case No. 1:06-CV-01368-OWW-TAG

STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT

Judge:  Oliver W. Wanger

IT IS HEREBY STIPULATED by the parties hereto that defendant, LOWELL BAISDEN, which was served with the Complaint on November 29, 2006, is granted an extension of time in which to answer or otherwise respond to plaintiff's Complaint to January 3, 2007.

Dated: December 12, 2006

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _/s/ Jerry D. Casheros_____
    Jerry D. Casheros
    Attorneys for Defendant
    LOWELL BAISDEN

07652/00000-1041035.v1

STIPULATION AND ORDER TO EXTEND TIME

Dated: December 13, 2007 6

McGregor W. Scott
United States Attorney
U.S. Department of Justice

By: *Jacqueline Brown*
Jacqueline C. Brown, Trial Atty, Tax Div.
Attorneys for Plaintiff, U.S. Department of
United States of America   Justice

## ORDER

Based on the stipulation of all parties hereto and good cause appearing therefore:

IT IS HEREBY ORDERED that defendant LOWELL BAISDEN shall be granted an extension of time to January 3, 2007 to answer or otherwise respond to plaintiff's Complaint on file herein. *This order is made nunc pro tunc to December 14, 2006.*

DATED: January 5, 2007

*Theresa A. Goldner*
U.S. Magistrate Judge
Theresa A. Goldner