Marshall C. Whitney, #082952
Jerry D. Casheros, # 203897
Mandy L. Jeffcoach, # 232313
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
Lowell Baisden

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOWELL BAISDEN,<br><br>Defendant. | Case No. 1:06-CV-01368-OWW-TAG<br><br>▇▇▇▇▇▇ ORDER ON EX PARTE FOR A PROTECTIVE ORDER REGARDING DEPOSITIONS OF JANE GEILENKIRCHEN, EVAN GEILENKIRCHEN, AND BURT MCKEAG |

On January 23, 2007, Defendant LOWELL BAISDEN moved this Court ex parte, pursuant to Rule 6(a) and Eastern District Rules 6-142(a) and 78-230(g) for a protective order staying the depositions of Jane Geilenkirchen, Evan Geilenkirchen, and Burt McKeag until these depositions were properly noticed in compliance with the Federal Rules of Civil Procedure. Said ex parte application was made within the time prescribed for such motions, and good cause was shown for the stay.

Therefore, IT IS ORDERED that:

1. The Application is granted; and

2. The depositions of Jane Geilenkirchen, Evan Geilenkirchen, and Burt McKeag are stayed until Plaintiff serves notice of those depositions in compliance with the Federal Rules of

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

[PROPOSED] ORDER
1:06-CV-01368-OWW-TAG

1  Civil Procedure and with reasonable notice to the parties and counsel.

Dated: 1/25/2007

By: _____
THERESA A. GOLDNER
U.S. MAGISTRATE JUDGE

07652/00000-1054177.v1

2
[PROPOSED]
1:06-CV-01368-OWW-TAG

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 River Park Place East
Fresno, CA 93720-1501