McGREGOR W. SCOTT
United States Attorney

JACQUELINE C. BROWN
Member, New York Bar
STEPHEN J. SCHAEFFER
D.C. Bar No. 491116
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 7238, Ben Franklin Station
Washington, DC  20044-7238
Telephone: (202) 616-9482 (Jacqueline Brown)
Telephone: (202) 307-2240 (Stephen Schaeffer)
Fax: (202) 514-6770
Attorneys for Plaintiff, United States of America

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cv-01368 OWW-TAG |
| Plaintiff, | Order Granting Plaintiff's Motion to Strike Jury Demand (Doc. 30) |
| v. | |
| LOWELL BAISDEN, | |
| Defendant.                        / | |

This matter comes before the Court on the Motion of the United States to Strike Defendant Lowell Baisden's demand for a jury trial. (Doc. 30). The United States argued that the demand should be stricken because a jury trial is not authorized on its purely equitable claim for a permanent injunction. The Motion was heard on February 26, 2007 in Bakersfield, California. (Doc. 32). On February 5, 2007, the defendant filed a Notice of Non-Opposition to the motion. (Doc. 60).

In the interests of justice and for good cause shown, the Motion of the United States to Strike Defendant's Demand for a Jury Trial is hereby GRANTED.

IT IS SO ORDERED.

Dated:   **February 28, 2007**                              /s/ Theresa A. Goldner
**j6eb3d**                                                         UNITED STATES MAGISTRATE JUDGE