**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cv-1368 OWW TAG |
| | ) | |
| Plaintiff, | ) | PRELIMINARY INJUNCTION |
| | ) | |
| v. | ) | |
| | ) | |
| LOWELL BAISDEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Motion of Plaintiff, United States of America, for Preliminary Injunction came on for hearing on March 2 and 6, 2007, in Courtroom 3 of the above-captioned Court, United States District Judge Oliver W. Wanger presiding.  Plaintiff was represented by Jacqueline C. Brown, Esq., and Stephen J. Schaeffer, Esq., of the United States Department of Justice.  The Defendants were represented by Murphy, Pearson, Bradley and Feeney by Arthur V. Pearson, Esq., and McCormick, Barstow, Sheppard, Wayte & Carruth by Marshall C. Whitney, Esq., and Jerry Casheros, Esq.

   After review of the parties' submissions, including testimony and exhibits introduced into evidence following oral argument, for the reasons set forth in the accompanying Findings

1

of Fact and Conclusions of Law, the following Order is entered:

    IT IS ORDERED that Defendant Lowell Baisden, those in active concert or participation with him, and others having actual notice of this order are enjoined, pending trial and final judgment in this case, or further order of this Court, from:

    1.    Advising or facilitating current, prospective clients, or any other persons, not to file tax returns, or that Federal Income Tax Returns are not required to be filed;

    2.    Advising or facilitating or assisting clients in engaging in activity for which clients claim or report non-deductible personal expenses as valid business expense deductions;

    3.    Knowingly misrepresenting or omitting to disclose on any tax return or in any communication to the United States or its Internal Revenue Service any material fact concerning the income, lawfully deductible expenses, or other condition or event that concern the preparation of accurate tax returns;

    4.    Advising or facilitating the knowing misstatement or omission to disclose by any client to the United States or its Internal Revenue Service of the business activity, income, expense, net worth, or any other material fact that is necessary to the accurate preparation of Federal tax returns;

    5.    Advising or assisting clients to not report income of any kind or nature required by the law to be reported on tax returns;

    6.    Advising or assisting any client to claiming or overstate any improper deduction in violation of law;

    7.    Making any statement to clients or prospective clients

1  that the United States and/or its Internal Revenue Service
2  endorses, agrees with, or that Baisden's past practices have been
3  endorsed, approved, or that his clients' audits will be
4  successful by virtue of any matter that has occurred in this
5  case;
6       8.   Knowingly engaging in any other conduct that wrongfully
7  interferes with the administration or enforcement of the Internal
8  Revenue laws of the United States.
9       FURTHER ORDERED that Lowell Baisden shall serve a copy of
10 this Order on the following current clients who are being audited
11 or examined by the Internal Revenue Service:
12      List of Clients:
13      Donald and Kathryn Snoozy
14      Charpup Corporation
15      Michael and Deanna Trierweiler
16      Red Desert Resources Corporation
17      Deborah and Walter Weaver
18      Axhandle Corporation
19      Chris Johng
20      Chris Johng, M.D., Inc.
21      Michael and Susan Koning
22      Bioventures, Inc.
23      William and Vicki Hastings
24      Amethyst Sands, Inc.
25      Anthony and Kimberly Telese
26      Anthony Telese Company, Inc.
27      Joel and Deborah Cooper
28      Joel N. Cooper Physical Therapist, Inc.

1      Daniel Swartz and Jennifer Erale
2      Joseph and Rhonda Ghyselinck
3      Chuck's Automotive
4      Bobby and Cynthia Underwood
5      Leslie Adams
6      John and June Sherley
7
8  ISSUED AT FRESNO, CA AT 1:45 P.M.
9  DATED:  March 14, 2007
10                                    /s/ Oliver W. Wanger
                                      _____
11                                        Oliver W. Wanger
                                      **UNITED STATES DISTRICT JUDGE**