McGREGOR W. SCOTT
United States Attorney

JACQUELINE C. BROWN
Member, New York Bar
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-9482

Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>                    Plaintiff,                    )<br>                                                                )<br>              v.                                              )<br>                                                                )<br>LOWELL BAISDEN,                           )<br>                                                                )<br>                    Defendant.               )<br>_____) | Civil No. 1:06-cv-01368<br><br>**Order on Defendant's Motion<br>to Quash Plaintiff's<br>Bank Subpoenas** |

This matter is before the Court on a Motion by the defendant, Lowell Baisden ("Defendant") to quash three subpoenas issued by plaintiff, United States of America ("Plaintiff") to Wells Fargo Bank, Bank of the Sierra, and United Security Bank seeking Defendant's banking information.  The Court held a hearing by telephone on October 17, 2007 on the matter, during which it heard arguments by counsel for Plaintiff and counsel for Defendant.

Upon reviewing the pleadings and documents submitted by both parties, the Court finds that the bank records sought by Plaintiff are discoverable because they are relevant to several material issues in the case.  The bank records are not subject to any recognized privilege or exception, and Defendant's claims of privacy do not constitute a privilege preventing the

1

disclosure of the requested records to Plaintiff in this action. Lastly, the subpoenas are not overly broad or oppressive; they are sufficiently limited in time and scope and pose no undue burden to Defendant because they were issued to third-party banks. For the reasons given at the hearing and summarized above, Defendant's Motion to Quash the bank subpoenas issued to the Sierra Bank, Wells Fargo Bank, and United Security bank is DENIED.

The Court also has before it Defendant's request for a protective order. For the reasons enumerated in the hearing, Defendant's Motion for a Protective Order is GRANTED. Counsel for Plaintiff and counsel for Defendant are to meet and confer forthwith regarding the form of the protective order, and are to submit a stipulated or proposed form of protective order for the Court's consideration no later than November 8, 2007.

IT IS SO ORDERED.

Dated:   **November 1, 2007**                             /s/ Theresa A. Goldner
                                                         UNITED STATES MAGISTRATE JUDGE