Marshall C. Whitney, # 082952
Jerry D. Casheros, # 203897
Lara Z. Moriarty, # 242318
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Arthur Pearson, #058860
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street #1100
San Francisco, CA 94108
Telephone:   (415) 788-1900
Facsimile:   (415) 393-8087

Emily J. Kingston #184752
Sideman & Bancroft LLP
One Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Defendant, Lowell Baisden

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
NOV 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LOWELL BAISDEN,<br><br>　　　　　　Defendant. | Case No. 1:06-cv-01368-OWW-TAG<br><br>STIPULATION AND ~~[REDACTED]~~<br>ORDER TO EXTEND TIME FOR FILING<br>EX PARTE MOTIONS REGARDING<br>PROPOSED PROTECTIVE ORDERS |

　　　　The parties, acting by and through their respective attorneys of record, hereby agree and stipulate to extend the time to file their respective *Ex Parte* motions regarding their Proposed Protective Orders up to and including Thursday, November 8, 2007.

　　　　The parties hereby stipulate to a continuance of the above dates as Defendant Baisden would like to obtain a copy of the October 17, 2007 hearing transcript for use in preparing his *Ex Parte* motion. The earliest Defendant Baisden could obtain this transcript is Tuesday,

1155836.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR FILING EX PARTE MOTIONS

1  November 6, 2007.

2  Therefore, the parties respectfully request that the Court order the continuance of the
3  filing date for the *Ex Parte* motions to November 8, 2007, subject to the Court's schedule and
4  approval.

5  Dated: October 31, 2007                        McCORMICK, BARSTOW, SHEPPARD,
                                                  WAYTE & CARRUTH LLP

                                            By:       /s/ Lara Z. Moriarty
                                                  Jerry D. Casheros
                                                  Lara Z. Moriarty
                                                  Attorneys for Defendant
                                                  LOWELL MAISDEN

Dated: October    , 2007                          MCGREGOR W. SCOTT
                                                  United States Attorney


                                            By:       /s/ Jacqueline C. Brown
                                                  JACQUELINE C. BROWN
                                                  Attorney for Plaintiff,
                                                  UNITED STATES OF AMERICA
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice


The stipulation having been reviewed by the Court and for good cause shown:

**IT IS SO ORDERED.**

Dated: 11-1-2007

                                                  HONORABLE THERESA A. GOLDNER
                                                  UNITED STATES MAGISTRATE JUDGE