McGREGOR W. SCOTT
United States Attorney

JACQUELINE C. BROWN
Member, New York Bar
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9482

**E-FILED**

Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOWELL BAISDEN,,<br><br>Defendant. | Civil No. 1:06-cv-01368-OWW-TAG<br><br>**STIPULATION AND ORDER TO VACATE OR CONTINUE SETTLEMENT CONFERENCE**<br><br>Conf.:   Feb. 28, 2008, 10:00 a.m.<br>           Hon. Theresa A. Goldner |

The United States and Lowell Baisden stipulate to vacate the settlement conference currently scheduled for February 28, 2008, because the parties may need to complete discovery (a motion to re-open discovery is pending) and have litigation positions not conducive to settlement at this time.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/  Jacqueline Brown                                         /s/ Emily J. Kingston
JACQUELINE C. BROWN                                EMILY J. KINGSTON
Attorneys for Plaintiff                                         Sideman & Bancroft LLP
Trial Attorney, Tax Division                              One Embarcadero Center, Eighth Floor
U.S. Department of Justice                                San Francisco, CA 94111-3629
P.O. Box 7238
Ben Franklin Station

10355\553628v1                                                    1

| | |
|---|---|
| Washington, DC 20044<br>Tel.: (202) 616-9482<br>Fax: (202) 514-6770<br>Fresno, California 93720-1501<br>Five River Park Place East<br>Tel.: (559) 433-1300<br>Fax: (559) 433-2300 | JERRY D. CASHEROS<br>MARSHALL M. WHITNEY<br>McCormick, Barstow, Sheppard,<br>   Wayte & Carruth LLP<br><br>-and-<br><br>ARTHUR PEARSON<br>Murphy, Pearson, Bradley & Feeney<br>88 Kearny Street, #1100<br>San Francisco, CA  94108 |

## ORDER

The Court finds that the parties have established good cause to vacate the settlement conference scheduled for February 28, 2008. The parties will notify the Court if they wish to reschedule a settlement conference at a later date. The Settlement Conference is hereby VACATED.

IT IS SO ORDERED.

Dated: 2/27/08                                     /s/ Theresa A. Goldner
                                                              Hon. Theresa A. Goldner
                                                              United States Magistrate Judge

10355\553628v1                                     2