IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LOWELL BAISDEN,<br><br>　　　　　Defendant. | No. CV-F-06-1368 OWW/TAG<br><br>MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO STAY WITHOUT PREJUDICE  (Doc. 121) |

　　On January 18, 2008, Defendant's motion to stay to civil enforcement proceedings was heard.

　　Upon consideration of the factors set forth in *Keating v. Office of Thrift Supervision,* 45 F.3d 322 (9th Cir.1995) and based on the findings stated in open court on January 18, 2008 and adopted herein, Defendant's motion to stay this action is **DENIED WITHOUT PREJUDICE.**

　　IT IS SO ORDERED.

**Dated:  March 4, 2008**　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1