Marshall C. Whitney, # 082952
Jerry D. Casheros, # 203897
Lara Z. Moriarty, # 242318
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Arthur Pearson, #058860
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street #1100
San Francisco, CA  94108
Telephone:     (415) 788-1900
Facsimile:      (415) 393-8087

Emily J. Kingston #184752
Sideman & Bancroft LLP
One Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:     (415) 392-1960
Facsimile:      (415) 392-0827

Attorneys for Defendant, Lowell Baisden

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LOWELL BAISDEN,<br><br>    Defendant. | Case No.  1:06-cv-01368-OWW-TAG<br><br>**ORDER TO FILE A DOCUMENT UNDER SEAL** |

On March 17, 2008, Defense Counsel Marshall C. Whitney, Jerry D. Casheros, and Lara Z. Moriarty and the law firm of McCormick Barstow Sheppard Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720, and Arthur Pearson and the law firm of Murphy, Pearson, Bradley & Feeney, 88 Kearny Street #1100, San Francisco, California, (hereinafter "Defense Counsel") noticed this court, pursuant to Local Rule 39-141, of their intent to file the "Agreement of Legal Services" under seal.  Said notice was made with good cause was shown for the sealing of this

1204444.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

[PROPOSED] ORDER TO FILE DOCUMENT UNDER SEAL

PDF created with pdfFactory trial version www.pdffactory.com

1  document.

2  Therefore, IT IS ORDERED that:

3  The "Agreement of Legal Services" be filed under seal and kept confidential.

4

5  Dated: March 19, 2008

                                        /s/ OLIVER W. WANGER

6                                          Honorable Oliver W. Wanger

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1204444.v1

2

[PROPOSED] ORDER TO FILE DOCUMENT UNDER SEAL

PDF created with pdfFactory trial version www.pdffactory.com