1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
BAKERSFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 1:06-cv-01368-OWW-TAG |
| | ) | |
| v. | ) | **Order on Plaintiff's Motion to Re-** |
| | ) | **Open Discovery and Continue Trial** |
| LOWELL BAISDEN, | ) | |
| | ) | Hearing:   March 3, 2008, 9:30 a.m. |
| Defendant. | ) | March 21, 2008, 9:00 a.m. |
| | ) | Hon. Oliver W. Wanger |

        The parties appeared before the Court for a supplemental status conference on March 21,

2008 on the Motion of the United States to re-open discovery, to continue trial and other dates,

and to compel responses to discovery requests. (Doc. 131.)  Upon consideration of the arguments

of the parties at the initial hearing and supplemental status conference, and the parties' prior

written submissions, (Docs. 135, 137, 140), the Court finds that the defendant's failure to

respond to written discovery and the imminence of the criminal investigation of Baisden

constitute sufficient cause to reopen discovery through and including April 21, 2008.  The United

States will be allowed to conduct depositions only of those persons not subject to the Court's

subpoena power – witnesses outside of California-- and must complete such depositions on or

before April 21, 2008.  The United States has not shown sufficient cause to continue the trial

currently scheduled for June 17, 2008 because this matter has been pending for more than one

year.

1    Plaintiff's Motion to Re-Open Discovery is hereby GRANTED, subject to the above

2 limitations.  The discovery deadline is set for April 21, 2008.

3    Plaintiff's Motion to Continue Trial is DENIED.  The trial will take place on June 17,

4 2008.

5    IT IS SO ORDERED.

6

7                              /s/ OLIVER W. WANGER
                               Hon. Oliver W. Wanger
8                              United States District Judge

9 Dated: April 1, 2008

10

11 Prepared and Submitted, this 26th day of March, 2008, by:

12
 McGREGOR W. SCOTT
13 United States Attorney

14   /s/ Jacqueline Brown
 Jacqueline C. Brown
15 Trial Attorney, Tax Division
 U.S. Department of Justice
16 Post Office Box 7238
 Washington, D.C.  20044
17
 Attorneys for Plaintiff, United States
18

19   /s/ Lara Z. Moriarty *
 Lara Z. Moriarty, Esq.
20 Jerry D. Casheros, Esq.
 Mccormick, Barstow, Sheppard Wayte & Carruth, Llp
21 5 River Park Place East
 Fresno, California 93720
22
   /s/ Emily J. Kingston *
23 Emily J. Kingston, Esq.
 Sideman & Bancroft LLP
24 One Embarcadero Center, Eighth Floor
 San Francisco, CA 94111-3629
25
 Arthur Pearson, Esq.
26 Murphy, Pearson, Bradley & Feeney
 88 Kearny Street, #1100
27 San Francisco, CA 94108

28 Attorneys for Defendant Lowell Baisden

* signed by Jacqueline C. Brown with permission of Lara Z. Moriarty and Emily J. Kingston