McGREGOR W. SCOTT
United States Attorney

JACQUELINE C. BROWN
Member, New York Bar
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-9482

Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
BAKERSFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 1:06-cv-01368-OWW-TAG |
| | ) | |
| v. | ) | |
| | ) | |
| LOWELL BAISDEN, | ) | **Order to Extend** |
| | ) | **Pre-Trial Deadlines** |
| Defendant. | ) | |
| | ) | |

The plaintiff United States of America and defendant Lowell Baisden have stipulated to extend the pre-trial deadlines set in the Court's Order of May 18, 2007. (Doc. No. 93.)  The United States previously moved to Re-Open Discovery and to Continue Trial and other dates, (Doc. No. 131.), and the Court granted the request to re-open discovery until April 21, 2008, but denied the motion to continue the trial date.  The Court now issues this updated scheduling order adjusting the pre-trial deadlines to allow the parties sufficient time after the end of discovery to prepare for trial and file necessary pre-trial submissions.  The Scheduling Order is modified as follows:

1.   The Pre-Trial Conference will be held on <u>May 27</u>, 2008 at <u>11:00</u>, in Courtroom 3, 7th
     Floor, before the Honorable Oliver W. Wanger, United States District Judge.

2.      All other deadlines prescribed by Local Rule 16-281 shall be adjusted in consideration of the new pre-trial conference date.


        IT IS SO ORDERED.


                                        /s/ OLIVER W. WANGER
                                        Hon. Oliver W. Wanger
                                        United States District Judge

Dated: April 30, 2008

- 2 -