McGREGOR W. SCOTT
United States Attorney

JACQUELINE C. BROWN
Member, New York Bar
JOHN R. MONROE
Iowa Bar No. 0008881
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone:   (202) 616-9482
                      (202) 307-0638
Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
BAKERSFIELD DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:06-cv-01368 OWW-TAG |
| LOWELL BAISDEN, | ) | **Order Allowing Joint Filing of Sealed Document** |
| Defendant. | ) | |

The Plaintiff United States of America and Defendant Lowell Baisden have jointly moved, under Local Rule 39-141, to file under seal a letter about a criminal matter concerning defendant Baisden.  The parties state that the letter, written by an Assistant United States Attorney, contains confidential information about a yet-unfiled criminal matter.  The Court finds that the parties have shown good cause to file the letter under seal.

The Court ORDERS that the above-described letter be filed under seal.

IT IS SO ORDERED.

 /s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Judge

Dated: May 20, 2008

PDF created with pdfFactory trial version www.pdffactory.com

3291442.1

1

2

3 Prepared and Submitted, this 19th day of May, 2008, by:

4
McGREGOR W. SCOTT
United States Attorney

5

6 /s/ Jacqueline Brown
Jacqueline C. Brown
John R. Monroe
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044

10 Attorneys for Plaintiff, United States

11

12 /s/ Lowell Baisden
LOWELL BAISDEN
Defendant
P.O. Box 21537
Bakersfield, California 93390

15 (signed by Jacqueline Brown with permission of Lowell Baisden)

16

17

18

19

20

21

22

23

24

25

26

27

28

3291442.1

PDF created with pdfFactory trial version www.pdffactory.com