# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cv-1368 OWW TAG |
| )  Plaintiff, ) | ORDER ON JOINT MOTION TO STAY TRIAL |
| v. ) | |
| LOWELL BAISDEN, ) | |
| )  Defendant. ) | |

The parties have moved to stay this civil case pending the outcome of a criminal case the government anticipates imminently filing against Defendant.

As it is uncertain when this case will go forward, contingent upon the outcome of the criminal case,

IT IS ORDERED:

1. The parties' joint motion for stay is GRANTED;

2. This case shall be administratively closed by the Clerk of the Court; and

3. The government shall notify the Court within five (5) days following conclusion of the criminal proceedings, whether the government intends to proceed with further prosecution of

///

1 | this case, and if so, a new trial date will be set.
2 |
3 | IT IS SO ORDERED.
4 | Dated:   **May 21, 2008**               /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE