LOWELL A. BAISDEN
PO BOX 21537
BAKERSFIELD, CA   93390
661-703-0840
lowell.baisden@gmail.com



FILED
APR 18 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
               DEPUTY CLERK

March 28, 2011

Clerk of the United States District Court
Eastern District of California
Fresno Division
2500 Tulare Street
Fresno, CA   93721
559-499-5600

RE:   1:06-cv-01368, USA v Lowell Baisden

Dear Clerk of the Court,

I was the defendant in the above-noted case.

The cause of action is listed incorrectly in the Lexis information service. I contacted Lexis and they informed me that only the Clerk or an attorney appearing in the case can make this change. I became a pro per during the case, and, as such, I do not have an attorney who can make this change for me. So, I am requesting that your office makes this change for me.

The cause is currently listed as "IRS: petition to enforce IRS summons." This is incorrect, as this is under statute 26-7402(b).

My case is under 26-7402(a) which is to issue orders, processes, and judgments. My case was to issue an injunction. In fact, the first docket entry states, "complaint for permanent injunction."

So, I request, under the cause section of the information listed for the case, that it state as corrected, "IRS: complaint for permanent injunction."

Please advise me of the action you take.

Sincerely,

*[signature]*

Lowell A. Baisden

RECEIVED
MAR 29 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK