UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>LOWELL BAISDEN,<br><br>           Defendant.<br>_____/ | CASE No. 1:06-cv-01368-AWI-MJS<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR ACCESS TO COURTS<br><br>(ECF No. 228) |

   Plaintiff, United States of America, filed its Complaint for Permanent Injunction under sections 7402, 7407, and 7408 of the Internal Revenue Code (26 U.S.C. or I.R.C.) on September 29, 2006, seeking to bar Defendant Lowell Baisden from providing tax advice and preparing income tax returns for others. (ECF No. 1.)

-1-

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California. On September 19, 2012, the Magistrate Judge assigned to this matter issued Findings and Recommendation (ECF No. 228) denying, without prejudice, defendant's Motion for Access to Courts. (ECF No. 219.)

The Court has determined that authority to rule on Defendant's Motion for Access to Courts lies with the Magistrate Judge (28 U.S.C. 636; Local Rule 302) and that the Findings and Recommendation to the United State District Court Judge were unnecessary and issued in error. (Id.)  The Court also wishes to give Defendant the opportunity to file a reply to Plaintiff's opposition to the motion.

Accordingly, for the reasons stated above, the Findings and Recommendation (ECF No. 228) are HEREBY VACATED. The Motion for Access to Courts (ECF No. 219), will be ruled on by direct order of the Magistrate Judge once it has been deemed finally submitted.

IT IS SO ORDERED.

Dated:   September 20, 2012              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE