IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cv-1368 AWI MJS |
| ) | |
| Plaintiff, ) | ORDER REFERRING |
| ) | PENDING MOTION FOR |
| v. ) | SUMMARY JUDGMENT TO |
| ) | MAGISTRATE JUDGE SENG |
| LOWELL BAISDEN, ) | |
| ) | |
| Defendant. ) | |

In this action, the United States seeks injunctive relief against federal prisoner Lowell Baisden. The United States has filed a motion for summary judgment. The court finds that the pending motion should be referred to Magistrate Judge Seng for Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, it is HEREBY ORDERED that:

1. The pending motion for summary judgment is REFERRED to Magistrate Judge Seng.

IT IS SO ORDERED.

Dated:   October 25, 2012

CHIEF UNITED STATES DISTRICT JUDGE