IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. 1:06-cv-01368-AWI-MJS (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO PROVIDE THE COURT WITH EXHIBITS SUPPORTING ITS MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| LOWELL BAISDEN, | (ECF No. 209) |
| | TEN DAY DEADLINE |
| Defendant. | |

_____/

Plaintiff, United States of America, filed the underlying Complaint for Permanent Injunction on September 29, 2006 (Compl., ECF No. 1) pursuant to §§ 7402, 7407, and 7408 of the Internal Revenue Code (I.R.C.).

Plaintiff seeks to permanently bar Defendant Lowell Baisden from (a) promoting any investment, business venture, or other plan or arrangement in connection therewith making false or fraudulent representations about federal tax benefits or treatment, (b) engaging in any other activity subject to penalty under I.R.C. §§ 6700 and 6701, or any other penalty provision in the Internal Revenue Code, (c) preparing,

assisting, or filing federal income tax returns, amended returns, and other related documents and forms for others, (d) causing other persons or entities to understate their federal tax liabilities and avoid paying federal taxes, (e) engaging in any other activity subject to penalty under I.R.C. §§ 6694 and 6695, (f) representing anyone before the Internal Revenue Service, and (g) engaging in any other conduct that interferes with the administration or enforcement of the internal revenue laws. (Compl. at 14-15.)

Plaintiff filed a Motion for Summary Judgment, with exhibits in support of its Motion, on August 9, 2012 (Pl. Mot. Summ. J., ECF No. 209; Pl. Ex.'s, ECF No. 211-215.) However, Plaintiff's Motion, and in particular its Statement of Undisputed Facts (Pl. Sep. Stmt., ECF No. 210) relies upon exhibits not in the record or otherwise available to the Court.

Accordingly, it is HEREBY ORDERED THAT Plaintiff shall, within ten (10) days of the date of this Order, provide courtesy copies of all exhibits not filed in the Electronic Court Filing system to which it refers in support of its Motion for Summary Judgment. Plaintiff shall sent the courtesy copies, digitally or by hard copy, to the Court Clerk in Fresno, California.

IT IS SO ORDERED.

Dated:   February 13, 2013         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE